THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH STEINBERG, Respondent, v. THE COMMISSIONER OF CORRECTIONS OF THE CITY OF NEW YORK and Another, Appellants. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order reversed upon the law, writ dismissed, and relator remanded to custody, upon the authority of *People ex rel. Traubman* v. *Commissioner of Corrections, etc.* [*post*, p. 835], decided herewith. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAX TRAUBMAN, Respondent, v. THE COMMISSIONER OF CORRECTIONS OF THE CITY OF NEW YORK and Another, Appellants. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order reversed upon the law, writ dismissed, and relator remanded to custody, upon the authority of *People* v. *Mansi* (129 App. Div. 386); *Cohen* v. *Warden of Workhouse* (150 N. Y. Supp. 596); *People* v. *Foster* (N. Y. L. J. Jan. 9, 1909); *Case of the Twelve Commitments* (19 Abb. Pr. 394), and *People* v. *Silverman* (206 App. Div. 781). Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

EDWARD F. QUINN, Respondent, v. EDWARD M. BULLWINKLE, Appellant.— Judgment unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

RIVIERA CONSTRUCTION CORPORATION, Respondent, v. ANGELA GERTRUDE GRADY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

RIVIERA CONSTRUCTION CORPORATION, Appellant, v. ANGELA GERTRUDE GRADY, Respondent.— Order granting motion for retaxation of costs unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JOHN A. ROGERS, Respondent, v. A. EDWARD THURBER and Another, Appellants.— Order confirming the report of the permanent receiver affirmed, with ten dollars costs and disbursements. The record before us does not show that the allowances made were excessive. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

JACQUES SAMUELS, Respondent, v. FRANK SRSEN and Others, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

ETHEL SKEETE, as Administratrix, etc., of BURTON SKEETE, Deceased, Respondent, v. ALOYSIUS R. GAFNEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

ALEXANDER ST. CLAIR-ABRAMS, Respondent, v. HOWARD O. WOOD and Others, Appellants. (Appeal No. 1.) — Judgment reversed upon the facts and a new trial granted, costs to abide the event, upon the ground that the verdict is contrary to the evidence. Rich, Kelby and Young, JJ., concur; Jaycox, J., concurs and also votes to dismiss the complaint upon the ground that it does not state facts sufficient to constitute a cause of action; Kelly, P. J., dissents and votes to affirm.

ALEXANDER ST. CLAIR-ABRAMS, Respondent, v. HOWARD O. WOOD and Others, Appellants. (Appeal No. 2.) — Appeal from order denying defendants' motion for a new trial upon the ground of mistake and fraud upon the court, dismissed, without costs. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.